UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                                                          Bankruptcy No. 12-12346 SBB
                                                                                                Chapter 13
FREDERICK ALEX ROMERO, JR., XXX-XX-2109
BERNICE MARIE ROMERO, XXX-XX-8735
Debtors,

FLAGSTAR BANK, FSB,
Movant,

FREDERICK ALEX ROMERO, JR., XXX-XX-2109
BERNICE MARIE ROMERO, XXX-XX-8735, and
Sally Zeman,
The Chapter 13 Trustee,
Respondents.

### SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

Please be advised that Deanna L. Westfall and Britney Beall-Eder hereby withdraw as counsel for Movant, FLAGSTAR BANK, FSB, and Caren Jacobs Castle of The Castle Law Group, LLC is hereby substituted as counsel for Movant.

The address, telephone and facsimile numbers for Caren Jacobs Castle of The Castle Law Group, LLC is:

999 18th Street, Suite 2201
Denver, CO 80202
(303) 865-1400 Telephone
(303) 865-1410 Facsimile

Dated: August 15, 2014

The Castle Law Group, LLC

| | |
|---|---|
| /s/ Caren Jacobs Castle, Esq. | /s/ Deanna L. Westfall, Esq. |
| Caren Jacobs Castle, #11790 | Deanna L. Westfall, #23449 |
| *BankruptcyDept@cmsatty.com* | |
| 999 18th Street, Suite 2201 | |
| Denver, CO  80202 | |
| (303) 865-1400 Telephone | |
| (303) 865-1410 Facsimile | /s/ Britney Beall-Eder, Esq. |
| *BankruptcyDept@cmsatty.com* | Britney Beall-Eder, #34935 |

File No. 11-13025

In re:
FREDERICK ALEX ROMERO, JR., XXX-XX-2109,
BERNICE MARIE ROMERO, XXX-XX-8735

Case No.    12-12346 SBB

## CERTIFICATE OF MAILING

08/15/14

The undersigned hereby certifies that on _____, a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE** was mailed, United States first class postage prepaid, to the following:

Frederick Alex Romero, Jr.
6400 Grape Street
Commerce City, CO  80022

Bernice Marie Romero
6400 Grape Street
Commerce City, CO  80022

Bryan C. Sullivan, Esq.
3831 Eudora Way
Denver, CO 80207

Sally Zeman
Chapter 13 Trustee
P.O. Box 1169
Denver, CO  80201

US Trustee – via ECF
999 18th St. Suite 1551
Denver, CO  80202

/s/ Patricia Rychards
_____

File No. 11-13025