| | |
|---|---|
| Debtor 1 | FREDERICK ALEX ROMERO, JR. |
| Debtor 2 | BERNICE MARIE ROMERO |
| United States Bankruptcy Court for the: District of Colorado | |
| Case Number: 12-12346-JGR | |

Form 4100N

**Notice of Final Cure Payment**  10/15

According to Bankruptcy Rule 3002.1 (f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtors have completed all payments under the plan.

**Part 1: Mortgage Information**

| | |
|---|---|
| Name of Creditor: FLAGSTAR BANK CORP HDQTRS | Court Claim No.: 001 |
| Last 4 digits of any number you use to identify the debtors' account: 6595 | |
| Property Address: 6400 GRAPE STREET COMMERCE CITY CO | |

**Part 2: Cure Amount**

| Total cure disbursements made by the trustee: | Amount |
|---|---|
| (a) Allowed prepetition arrearage: | $14,409.88 |
| (b) Prepetition arrearage paid by the trustee: | $14,409.88 |
| (c) Amount of post-petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1 (c): | $ |
| (d) Amount of post –petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1 (c) and paid by the trustee: | $ |
| (e) Allowed post-petition arrearage: | $ |
| (f) Post-petition arrearage paid by the trustee: | $ |
| (g) **Total:** Add lines b, d, and f. | $14,409.88 |

FREDERICK ALEX ROMERO, JR. and BERNICE MARIE ROMERO            Case Number: 12-12346-JGR

**Part 3: Post-petition Mortgage payment**

*Check one:*

☐ Mortgage is paid through the trustee.
Current monthly mortgage payment   $_____
The next post-petition payment is due on:   _____/_____/_____
                                                                        MM        DD        YYYY

☒ Mortgage is paid directly by the debtors.

**Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtors, their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtors have paid in full the amount required to cure the default and stating whether the debtors have (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all post-petition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtors and the creditor.

X   /s/ Sally J. Zeman                                             Date   4/4/2017
      Sally J. Zeman

Address        Chapter 13 Trustee
               PO Box 1169
               Denver, CO 80201

Contact Phone (303) 830-1971                Email    mail@ch13colorado.com

FREDERICK ALEX ROMERO, JR. and BERNICE MARIE ROMERO     Case Number: 12-12346-JGR

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 4, 2017, I served by prepaid first class mail a copy of the Notice of Final Cure Payment on all interested parties at the following addresses:

| FLAGSTAR BANK CORP HDQTRS<br>5151 CORPORATE DR<br>ATTN BK DEPT<br>TROY, MI 48098-0000 | FREDERICK ALEX ROMERO, JR.<br>and BERNICE MARIE ROMERO<br>6400 GRAPE STREET<br>COMMERCE CITY, CO 80022 | BRYAN SULLIVAN<br>SULLIVAN LAW PRACTICE, PC<br>3831 EUDORA WAY<br>DENVER, CO 80207 |
|---|---|---|
| LAUREN TEW<br>C/O BARRETT FRAPPIER & WEISSERMAN<br>1199 BANNOCK ST.<br>DENVER, CO 80204 | NICHOLAS H. SANTANRELLI<br>C/O JANEWAY LAWFIRM, PC<br>9800 S. MERIDIAN BLVD., #400<br>ENGLEWOOD, CO 80112 | |

Dated: April 4, 2017                                          By: /s/ Brett
                                                              Chapter 13/Staff Member