Case # 12-12346 JGR

File to Objection to this Motion

I Bernice Romero object to this motion. For the Following reasons.

① I filed Ch #13 Bankruptcy, and was Granted a Discharge on May 18 2017. I have cured the debt outlined by the Bankruptcy trustee payment plan.

② $14.000 was cured & paid by the trustee see attached.

___ was cured & paid to ___ see attached Bank statement, Check copies 03/2017 - 05/2017

③ I received paper work about myself & my deceased husband being in active military service, we are not.

④ I have lived at this house for 46 years, Have raised my Family here. And have done everything to keep my house, By paying the trustee's plan. I called Attorney Bryan C. Sullivan who filed my Bankruptcy and who is listed as my attorney on the motion as of today August 18 2017. I was informed by that I am on my own.

Page - 1 of 2                                          (1)

Case #
12-12346-JGR
8-21-17

They were aware of the paper work as they received it to; but said they do not know why because they do not respect my dispite not filing a withdrawl.

I also called the bank Community Choice credit union and talked to Michelle Craft to advise them that I have made all the payment required and that I am not behind.

I respetfully request that this motion be denied. I have done everything I was supposed to, and I intend to work with the with keeping my property at
6400 Grape st,
Commerce City, Co. 80022

I have tried to work with the bank and Flagstar Bank Corp. with no sucess.

I would like to dispute on the amount of being charged.

Beunice M Ramis
8/21/17

(2)