UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re***:**

Chapter 13
Case No. 12-12346-JGR

FREDERICK ALEX ROMERO, JR., AKA FREDERICO A ROMERO, JR. and BERNICE MARIE ROMERO, **Debtor,**

FLAGSTAR BANK, FSB, Successors, Assigns, Servicers, Investors and Trustees, **Movant,**

---

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING**

---

THIS MATTER came before the Court upon the Unopposed Motion to Continue Preliminary Relief from Stay Hearing.  The court has reviewed the Motion and finds and ORDERS that the preliminary relief from stay hearing scheduled for September 19, 2017 at 9:30 AM is hereby VACATED and continued to **Wednesday, October 11, 2017 at 9:30 a.m., Courtroom B**, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202.

DATED: September 15, 2017

BY THE COURT:

Joseph G. Rosania, Jr.,
United States Bankruptcy Judge

CO - Motion to Continue and (p)order - Colorado/Colorado/00000006906879