UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*In Re*:  Chapter 13
Case No. 12-12346-JGR

FREDERICK ALEX ROMERO, JR., AKA FREDERICO A ROMERO, JR. and BERNICE MARIE ROMERO, **Debtor(s),**

FLAGSTAR BANK, FSB, Successors, Assigns, Servicers, Investors and Trustees, **Movant.**

---

**THIRD UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING**

---

The Movant, FREDERICK ALEX ROMERO, JR., AKA FREDERICO A ROMERO, JR. and BERNICE MARIE ROMERO, **Debtor(s),** ("Movant"), by and through its attorney, Sullivan Law Practice, P.C., moves the court for a continuance of the Preliminary Hearing on Flagstar Bank, FSB's Motion for Relief from Automatic Stay and as grounds therefore state as follows:

1. Undersigned counsel has conferred with Opposing Counsel regarding this Motion. FLAGSTAR BANK, FSB does not oppose the relief sought herein.

2. On July 31, 2017, FLAGSTAR BANK, FSB filed a Motion for Relief from Stay on the property located at 6400 Grape Street, Commerce City, CO 80022 ("Property").

3. On August 21, 2017, the Debtor filed a Response to the Motion for Relief. A preliminary hearing is currently scheduled for October 11, 2017 at 9:30 AM.

4. Debtors are currently attempting to review bank statements and mortgage statements to confirm current status. Debtors and FLAGSTAR BANK, FSB are currently attempting to resolve the Motion without the need for a preliminary hearing. Debtors and FLAGSTAR BANK, FSB are confident that they can resolve this without the need for a hearing, but need additional time to do so.

5. The parties hereby request this Court continue the preliminary hearing one month to allow the parties extra time to work out an agreement and resolve the Motion for Relief and Response filed thereto.

WHEREFORE, Movant requests that the court continue the preliminary hearing scheduled for October 11, 2017 be continued one month.

| | |
|---|---|
| DATED:  October 6, 2017 | Sullivan Law Practice, P.C. |
| | /s/ Bryan C. Sullivan |
| | Bryan Sullivan |
| | 4 West Dry Creek Circle, Suite 100 |
| | DENVER, CO 80120 |
| | Telephone: (303) 955-3080 |
| | Fax: (303) 955-3081 |
| | Email: |
| | bryan@sullivanlawpractice.com |

## Certificate of Service

The undersigned has confirmed that copies of the foregoing were mailed, first class, postage prepaid on October 6, 2017 on all parties against whom relief is sought and those otherwise entitled to service pursuant to FRBP and these LBR at the following addresses:

Lauren E Tew
1199 Bannock St.
Denver, CO 80204

Adam M Goodman
PO BOX 1169
DENVER, CO 80201

DEBTORS:
FREDERICK ALEX ROMERO, JR.
6400 GRAPE ST
COMMERCE CITY, CO 80022-2422

BERNICE MARIE ROMERO
6400 GRAPE ST
COMMERCE CITY, CO 80022-2422

/s/ Bryan C. Sullivan