UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*In Re*:                                                                                                       Chapter 13
                                                                                           Case No. 12-12346-JGR

FREDERICK ALEX ROMERO, JR., AKA FREDERICO A ROMERO, JR. and BERNICE MARIE ROMERO, **Debtor(s),**

FLAGSTAR BANK, FSB, Successors, Assigns, Servicers, Investors and Trustees, **Movant.**

---

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING

---

THIS MATTER came before the Court upon the Unopposed Motion to Continue Preliminary Relief from Stay Hearing. The court has reviewed the Motion and finds and ORDERS that the preliminary relief from stay hearing scheduled for October 11, 2017 at 9:30 AM is hereby VACATED and continued to  November 7, 2017  at  9:30  am.

Dated: October 10, 2017

BY THE COURT:

_Joseph G. Rosania, Jr._
U.S. Bankruptcy Judge