UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:	Chapter 13
	Case No. 12-12346-JGR

FREDERICK ALEX ROMERO, JR., AKA FREDERICO A ROMERO, JR. and BERNICE MARIE ROMERO, **Debtor(s),**

FLAGSTAR BANK, FSB, Successors, Assigns, Servicers, Investors and Trustees, **Movant.**

## LIST OF WITNESSES AND EXHIBITS

FLAGSTAR BANK, FSB, Successors, Assigns, Servicers, Investors and Trustees, by and through its counsel, Barrett Frappier & Weisserman, LLP, designates the following witnesses and exhibits for the hearing on November 7, 2017, at 9:30 AM in Courtroom B.

### I. WITNESSES

Movant will call the following witnesses:

1.	A representative of Movant, to testify regarding the subject note, subject deed of trust, ownership of the note, the loan history, the default, and the total amount of the debt owed.

2.	Debtor(s) to testify as an adverse witness.

Movant may call the following witnesses:

1.	Any witness needed for rebuttal.

2.	Any witness endorsed by any other party.

II. EXHIBITS

Movant intends to introduce as exhibits at the hearing/trial those exhibits enumerated in Attachment 1, attached hereto and incorporated herein.

DATED: November 6, 2017

BARRETT FRAPPIER & WEISSERMAN, LLP

/s/ Lauren E. Tew
Lauren E. Tew
1199 BANNOCK STREET
DENVER, CO  80204
Telephone:  (303) 327-8781
Telecopier:  (303) 813-1107
Email Address:  co.ecf@bdfgroup.com

E-FILED ORIGINAL

Document to be retained in file of Barrett Frappier & Weisserman, LLP

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:  Chapter 13
Case No. 12-12346-JGR

FREDERICK ALEX ROMERO, JR., AKA FREDERICO A ROMERO, JR. and BERNICE MARIE ROMERO, **Debtor(s)**,

FLAGSTAR BANK, FSB, Successors, Assigns, Servicers, Investors and Trustees, **Movant**.

ATTACHMENT 1
EXHIBITS FOR HEARING

Submitted by: FLAGSTAR BANK, FSB, Movant.
In connection with: Motion for Relief Hearing November 7, 2017 at 9:30 AM Courtroom B.

| Exhibit Number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| 1 | Note | | | |
| 2 | DOT | | | |
| 3 | Assignment | | | |
| 4 | Payment history | | | |
| 5 | Response to NOFC | | | |
| 6 | Debtor's Schedule A | | | |
| 7 | Proof of Claim No. 1-1 | | | |
| | Any exhibit necessary for rebuttal or impeachment purposes and any document presented by or listed by another party. | | | |

<u>Certificate of Service</u>

The undersigned has confirmed that copies of the foregoing were mailed, first class, postage prepaid on November 6, 2017 on all parties against whom relief is sought and those otherwise entitled to service pursuant to FRBP and these LBR at the following addresses:

BRYAN C SULLIVAN
4 W DRY CREEK CIR
STE. 100
LITTLETON, CO  80120-4457
Bryan@SullivanLawPractice.com

ADAM M. GOODMAN
PO BOX 1169
DENVER, CO  80201

DEBTORS:
FREDERICK ALEX ROMERO, JR.
6400 GRAPE ST
COMMERCE CITY, CO 80022-2422

BERNICE MARIE ROMERO
6400 GRAPE ST
COMMERCE CITY, CO 80022-2422


                                    /s/ Lauren E. Tew