## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
### Minutes of Electronically Recorded Proceeding
### Held Tuesday, November 7, 2017, before Honorable Joseph G. Rosania, Jr.

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. |
| **Frederick Alex Romero, Jr.** | ) | 12-12346 JGR |
| **Bernice Marie Romero** | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | |
| Last four digits of SS#: : **2109 and 8735** | ) | |
| | ) | |
| | ) | |
| **Flagstar Bank, FSB,** | ) | |
| **Movants** | ) | |
| v. | ) | |
| **Frederick Alex Romero, Jr. and** | ) | |
| **Bernice Marie Romero** | ) | |
| **Respondents** | ) | |

☒ **Appearances:**
Movant:       Flagstar Bank, FSB                          Counsel: Lauren Tew
Respondents: Frederick and Bernice Romero       Counsel: Bernice Romero, Pro Se

**Proceedings:**   Continued preliminary hearing regarding Flagstar Bank's Motion for Relief from Stay filed July 31, 2017 (Docket #40) and Bernice Romero's pro se Objection thereto filed August 21, 2017 (Docket #42).

☒   Entry of appearances and statements/arguments made
☒   Evidentiary[1]
☐   Witnesses sworn, as noted below, or ☐ see attached list
☒   Exhibits entered, as noted below, or ☒ see attached list
☒   Ms. Tew made an offer of proof.  The Court finds the note is in default, but the value of the real estate is in dispute. The Court finds the thirty (30) day requirement under 11 U.S.C. § 362(e)(1) has been waived.

**Orders:**
☒   Oral findings and conclusions made of record.
☒   IT IS ORDERED that Flagstar Bank, FSB, though its representatives, is authorized to contact Ms. Romero directly concerning the obligation.  The automatic stay shall continue through the conclusion of a final hearing.
☒   The matter is CONTINUED for a final evidentiary hearing on: **December 19, 2017 at 9:30 a.m.**, in **Courtroom B**, U.S. Custom House, 721 19th Street, Denver, CO  80202.  Disclosures of additional witnesses or exhibits shall be filed with the Court on or before **December 13, 2017.**

---

[1] Evidentiary for statistical reporting purposes

FOR THE COURT:
Kenneth S. Gardner, Clerk

/s/ S. Nicholls
By: S. Nicholls, law Clerk

**Movant's Exhibits:**

| Exhibit | Description | Offered | Admitted | Comments |
|---|---|---|---|---|
| 1 | Note | Yes | Yes | |
| 2 | DOT | Yes | Yes | |
| 3 | Assignment | Yes | Yes | |
| 4 | Payment History | Yes | Yes | |
| 5 | Response to NOFC | Yes | Yes | |
| 6 | Debtor's Schedule A | Yes | Yes | |
| 7 | Proof of Claim No. 1-1 | Yes | Yes | |