United States Bankruptcy Court
District of Colorado

In re:                                                         Case No. 12-12346-JGR
Frederick Alex Romero, Jr.                                     Chapter 13
Bernice Marie Romero
         Debtors

## CERTIFICATE OF NOTICE

```
District/off: 1082-1           User: gentd              Page 1 of 1             Date Rcvd: Nov 07, 2017
                               Form ID: pdf904          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2017.
db/db        +Frederick Alex Romero, Jr.,   Bernice Marie Romero,   6400 Grape Street,
               Commerce City, CO 80022-2422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2017 at the address(es) listed below:
              Abbey   Dreher    on behalf of Creditor    Flagstar Bank, FSB co.ecf@bdfgroup.com
              Adam M Goodman    mail@ch13colorado.com,   agoodman13@ecf.epiqsystems.com
              Bryan C. Sullivan    on behalf of Debtor Bernice Marie Romero Bryan@SullivanLawPractice.com,
               Angela@SullivanLawPractice.com;G4184@notify.cincompass.com
              Bryan C. Sullivan    on behalf of Debtor Frederick Alex Romero, Jr. Bryan@SullivanLawPractice.com,
               Angela@SullivanLawPractice.com;G4184@notify.cincompass.com
              Lauren E. Tew    on behalf of Creditor    Flagstar Bank, FSB LaurenT@bdfgroup.com,
               CO.ECF@bdfgroup.com
              Nicholas H. Santarelli    on behalf of Creditor    Flagstar Bank, FSB bankruptcy@janewaylaw.com
              US Trustee, 13    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**
Minutes of Electronically Recorded Proceeding
Held Tuesday, November 7, 2017, before Honorable Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: ) | Bankruptcy Case No. |
| **Frederick Alex Romero, Jr.** ) | 12-12346 JGR |
| **Bernice Marie Romero** ) | |
| ) | Chapter 13 |
| Debtors. ) | |
| Last four digits of SS#: : **2109 and 8735** ) | |
| ) | |
| ) | |
| **Flagstar Bank, FSB,** ) | |
| **Movants** ) | |
| v. ) | |
| **Frederick Alex Romero, Jr. and** ) | |
| **Bernice Marie Romero** ) | |
| **Respondents** ) | |

☒ **Appearances:**
Movant:     Flagstar Bank, FSB                    Counsel: Lauren Tew
Respondents: Frederick and Bernice Romero         Counsel: Bernice Romero, Pro Se

**Proceedings:**   Continued preliminary hearing regarding Flagstar Bank's Motion for Relief from Stay filed July 31, 2017 (Docket #40) and Bernice Romero's pro se Objection thereto filed August 21, 2017 (Docket #42).

☒   Entry of appearances and statements/arguments made
☒   Evidentiary[1]
☐   Witnesses sworn, as noted below, or ☐ see attached list
☒   Exhibits entered, as noted below, or ☒ see attached list
☒   Ms. Tew made an offer of proof. The Court finds the note is in default, but the value of the real estate is in dispute. The Court finds the thirty (30) day requirement under 11 U.S.C. § 362(e)(1) has been waived.

**Orders:**
☒   Oral findings and conclusions made of record.
☒   IT IS ORDERED that Flagstar Bank, FSB, though its representatives, is authorized to contact Ms. Romero directly concerning the obligation. The automatic stay shall continue through the conclusion of a final hearing.
☒   The matter is CONTINUED for a final evidentiary hearing on: **December 19, 2017 at 9:30 a.m.**, in **Courtroom B**, U.S. Custom House, 721 19th Street, Denver, CO 80202. Disclosures of additional witnesses or exhibits shall be filed with the Court on or before **December 13, 2017.**

---

[1] Evidentiary for statistical reporting purposes

FOR THE COURT:
Kenneth S. Gardner, Clerk

/s/ S. Nicholls
By: S. Nicholls, law Clerk

**Movant's Exhibits:**

| Exhibit | Description | Offered | Admitted | Comments |
|---|---|---|---|---|
| 1 | Note | Yes | Yes | |
| 2 | DOT | Yes | Yes | |
| 3 | Assignment | Yes | Yes | |
| 4 | Payment History | Yes | Yes | |
| 5 | Response to NOFC | Yes | Yes | |
| 6 | Debtor's Schedule A | Yes | Yes | |
| 7 | Proof of Claim No. 1-1 | Yes | Yes | |